**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF WASHINGTON

Case number *(if known)* _____

Chapter you are filing under:
☐ Chapter 7
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy  06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Anthony**<br>First name<br><br>**Eugene**<br>Middle name<br><br>**Savoy**<br>Last name and Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | | |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | **xxx-xx-8076** | |

Debtor 1  **Anthony Eugene Savoy**  Case number *(if known)* _____

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any.** | _____<br>EIN | _____<br>EIN |
| **5. Where you live** | **915 SW Kimball Drive**<br>**Unit A1**<br>**Oak Harbor, WA 98277**<br>Number, Street, City, State & ZIP Code<br><br>**Island**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>_____<br>Number, Street, City, State & ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■  Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐  I have another reason.<br>Explain. (See 28 U.S.C. § 1408.)<br>_____ | *Check one:*<br><br>☐  Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐  I have another reason.<br>Explain. (See 28 U.S.C. § 1408.)<br>_____ |

Debtor 1 **Anthony Eugene Savoy**  Case number *(if known)* _____

| Part 2: | Tell the Court About Your Bankruptcy Case |

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)*). Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

**8. How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No
☐ Yes.

| Debtor | _____ | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |
| Debtor | _____ | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11. Do you rent your residence?**

■ No.  Go to line 12.
☐ Yes.  Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.
☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1  **Anthony Eugene Savoy**  Case number *(if known)* _____

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

■ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number, Street, City, State & ZIP Code

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

■ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.

What is the hazard? _____

If immediate attention is needed, why is it needed? _____

Where is the property? _____
Number, Street, City, State & Zip Code

**Part 5:   Explain Your Efforts to Receive a Briefing About Credit Counseling**

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **15. Tell the court whether you have received a briefing about credit counseling.**<br><br>The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.<br><br>If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again. | *You must check one:*<br><br>■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of:**<br><br>   ☐ **Incapacity.**<br>   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>   ☐ **Disability.**<br>   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>   ☐ **Active duty.**<br>   I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court. | *You must check one:*<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br><br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of**:<br><br>   ☐ **Incapacity.**<br>   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>   ☐ **Disability.**<br>   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>   ☐ **Active duty.**<br>   I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

Debtor 1 **Anthony Eugene Savoy**  Case number *(if known)* _____

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ No. Go to line 16b.
- ■ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.
- ☐ No. Go to line 16c.
- ☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts
_____

**17. Are you filing under Chapter 7?**
- ■ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**
- ☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
  - ☐ No
  - ☐ Yes

**18. How many Creditors do you estimate that you owe?**
- ☐ 1-49
- ■ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**19. How much do you estimate your assets to be worth?**
- ■ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Anthony Eugene Savoy
**Anthony Eugene Savoy**
Signature of Debtor 1

Signature of Debtor 2

Executed on **January 4, 2026**
MM / DD / YYYY

Executed on _____
MM / DD / YYYY

Debtor 1   **Anthony Eugene Savoy**                                    Case number *(if known)*

| | |
|---|---|
| **For your attorney, if you are represented by one** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |
| **If you are not represented by an attorney, you do not need to file this page.** | |

**/s/ Thomas D. Neeleman**                            Date   **January 4, 2026**
Signature of Attorney for Debtor                              MM / DD / YYYY

**Thomas D. Neeleman 33980**
Printed name

**Neeleman Law Group, P.C.**
Firm name

**1403 8th Street**
**Marysville, WA 98270**
Number, Street, City, State & ZIP Code

Contact phone   **(425) 212-4800**           Email address   **courtmail@expresslaw.com**

**33980 WA**
Bar number & State

| **Fill in this information to identify your case:** | |
|---|---|
| Debtor 1 | **Anthony Eugene Savoy** |
| | First Name   Middle Name   Last Name |
| Debtor 2 (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF WASHINGTON |
| Case number (if known) | |

☐ Check if this is an amended filing

# B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders   12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.**

**Part 1:**   **List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.**

**Unsecured claim**

**1**

**Absoltue Pest Control**
**575 SE Midway Blvd**
**Oak Harbor, WA 98277**

What is the nature of the claim? **Services Provided - Business**   $0.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
   Value of security:   -
   Unsecured claim

Contact

Contact phone

**2**

**Amex**
**CorrespondenceBankruptcy**
**Po Box 981535**
**El Paso, TX 79998**

What is the nature of the claim? **Credit Card**   $0.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)

Contact

B104 (Official Form 104)   For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   Page 1

Case 26-10005-CMA   Doc 1   Filed 01/04/26   Ent. 01/04/26 21:29:16   Pg. 8 of 20

Debtor 1    **Anthony Eugene Savoy**                                Case number *(if known)*

Contact phone

Value of security: -
Unsecured claim

---

**3**

**Amex**
**CorrespondenceBankruptcy**
**Po Box 981535**
**El Paso, TX 79998**

Contact

Contact phone

**What is the nature of the claim?**    **Credit Card**    **$28,901.00**

**As of the date you file, the claim is:** Check all that apply
☐    Contingent
☐    Unliquidated
☐    Disputed
■    None of the above apply

**Does the creditor have a lien on your property?**
■    No
☐    Yes. Total claim (secured and unsecured)
        Value of security:    -
        Unsecured claim

---

**4**

**Bank of America**
**Attn: Bankruptcy**
**P.O.Box 15019**
**Wilmington, DE 19886**

Contact

Contact phone

**What is the nature of the claim?**    **Credit Card**    **$4,132.00**

**As of the date you file, the claim is:** Check all that apply
☐    Contingent
☐    Unliquidated
☐    Disputed
■    None of the above apply

**Does the creditor have a lien on your property?**
■    No
☐    Yes. Total claim (secured and unsecured)
        Value of security:    -
        Unsecured claim

---

**5**

**Bank of America**
**Attn: Bankruptcy**
**P.O.Box 15019**
**Wilmington, DE 19886**

Contact

Contact phone

**What is the nature of the claim?**    **Credit Card**    **$17,219.00**

**As of the date you file, the claim is:** Check all that apply
☐    Contingent
☐    Unliquidated
☐    Disputed
■    None of the above apply

**Does the creditor have a lien on your property?**
■    No
☐    Yes. Total claim (secured and unsecured)
        Value of security:    -
        Unsecured claim

---

**6**

**Chase Card Services**
**Attn: Bankruptcy**
**Po Box 15299**
**Wilmington, DE 19850**

**What is the nature of the claim?**    **Credit Card**    **$2,313.00**

**As of the date you file, the claim is:** Check all that apply
☐    Contingent
☐    Unliquidated
☐    Disputed
■    None of the above apply

B 104 (Official Form 104)    **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    **Page 2**

Case 26-10005-CMA    Doc 1    Filed 01/04/26    Ent. 01/04/26 21:29:16    Pg. 9 of 20

Debtor 1 **Anthony Eugene Savoy**     Case number *(if known)*

Contact
Contact phone

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
　　Value of security:　-
　　Unsecured claim

---

**7**

**Costco Citi Card**
**Attn: Bankruptcy**
**Po Box 6500**
**Sioux Falls, SD 57117**

**What is the nature of the claim?**　**Credit Card**　$1,399.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
　　Value of security:　-
　　Unsecured claim

Contact
Contact phone

---

**8**

**Discover Personal Loans**
**Attn: Bankruptcy**
**Po Box 30954**
**Salt Lake City, UT 84130**

**What is the nature of the claim?**　**Unsecured**　$12,414.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
　　Value of security:　-
　　Unsecured claim

Contact
Contact phone

---

**9**

**Forward Financial**
**53 State Street 20th Floor**
**Boston, MA 02109**

**What is the nature of the claim?**　**Business Debt - Guaranty**　$99,000.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
　　Value of security:　-
　　Unsecured claim

Contact
Contact phone

---

**10**

**What is the nature of the claim?**　**FHA Real Estate**　$120,256.00

B 104 (Official Form 104)　　**For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**　　Page 3

Case 26-10005-CMA　Doc 1　Filed 01/04/26　Ent. 01/04/26 21:29:16　Pg. 10 of 20

| Debtor 1 | Anthony Eugene Savoy | Case number *(if known)* | |

### 10. Guild Mortgage Company
Attn: Bankruptcy
P.o. Box 85046
San Diego, CA 92186

**What is the nature of the claim?** Mortgage

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ■ Yes. Total claim (secured and unsecured) **$120,256.00**
  - Value of security: - **$0.00**
  - Unsecured claim **$120,256.00**

Contact
Contact phone

### 11. Horizon Credit Union
Attn: Bankruptcy Dept
Po Box 15128
Spokane Valley, WA 99215

**What is the nature of the claim?** Recreational  $48,123.00

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ■ Yes. Total claim (secured and unsecured) **$48,123.00**
  - Value of security: - **$0.00**
  - Unsecured claim **$48,123.00**

Contact
Contact phone

### 12. Kapitus
2500 Wilson Blvd Suite 350
Arlington, VA 22201

**What is the nature of the claim?** Business Debt - Personal Guaranty  $200,000.00

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -
  - Unsecured claim

Contact
Contact phone

### 13. Lk/navyfedcu
Po Box 3700
Merrifield, VA 22119

**What is the nature of the claim?** Educational  $9,074.00

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**

B 104 (Official Form 104)   For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   Page 4

Case 26-10005-CMA    Doc 1    Filed 01/04/26    Ent. 01/04/26 21:29:16    Pg. 11 of 20

Debtor 1  **Anthony Eugene Savoy**  Case number *(if known)*

|  | |
|---|---|
| Contact | ☐ No |
| Contact phone | ☐ Yes. Total claim (secured and unsecured) |
| | Value of security: - |
| | Unsecured claim |

---

**14**

**NAVY FCU**
**Attn: Bankruptcy**
**P.O.Box 3000**
**Merrifield, VA 22119**

**What is the nature of the claim?**   **Automobile**    $12,871.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
■ Yes. Total claim (secured and unsecured)   $12,871.00
   Value of security:   - $0.00
   Unsecured claim   $12,871.00

Contact
Contact phone

---

**15**

**Navy Fcu**
**Attn: Bankruptcy**
**Po Box 3300**
**Merrifield, VA 22119**

**What is the nature of the claim?**      $10,579.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
   Value of security:   -
   Unsecured claim

Contact
Contact phone

---

**16**

**NAVY FCU**
**Attn: Bankruptcy**
**P.O.Box 3000**
**Merrifield, VA 22119**

**What is the nature of the claim?**   **Secured**    $42,926.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
■ Yes. Total claim (secured and unsecured)   $42,926.00
   Value of security:   - $0.00
   Unsecured claim   $42,926.00

Contact
Contact phone

---

**17**

**Navy Federal Credit Union**
**Attn: Bankruptcy**

**What is the nature of the claim?**      $52,397.00

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 5

Case 26-10005-CMA    Doc 1    Filed 01/04/26    Ent. 01/04/26 21:29:16    Pg. 12 of 20

Debtor 1 **Anthony Eugene Savoy** Case number *(if known)* _____

P.O. Box 3000
Merrifield, VA 22119

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured) _____
    Value of security: - _____
    Unsecured claim _____

Contact _____
Contact phone _____

---

**18** **Ocwen Loan Servicing, LLC**
**Attn. Bankruptcy**
**1661 Worthington Rd., Suite 100**
**West Palm Beach, FL 33409**

**What is the nature of the claim?** **Real Estate Mortgage** **$183,649.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
■ Yes. Total claim (secured and unsecured) **$183,649.00**
    Value of security: - **$0.00**
    Unsecured claim **$183,649.00**

Contact _____
Contact phone _____

---

**19** **Restaurant Revitalization Fund**
**SBA**
**2401 Fourth Ave, Suite 400**
**Seattle, WA 98121**

**What is the nature of the claim?** **Business Loan** **$400,000.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured) _____
    Value of security: - _____
    Unsecured claim _____

Contact _____
Contact phone _____

---

**20** **SBA**
**Office of General Counsel**
**312 North Spring Street 5th Fl**
**Los Angeles, CA 90012**

**What is the nature of the claim?** **EIDL Loan** **$500,000.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured) _____

Contact _____

B 104 (Official Form 104)    **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    **Page 6**

Case 26-10005-CMA    Doc 1    Filed 01/04/26    Ent. 01/04/26 21:29:16    Pg. 13 of 20

Debtor 1  **Anthony Eugene Savoy**   Case number *(if known)*

Contact phone   Value of security:   -
   Unsecured claim

## Part 2: Sign Below

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X **/s/ Anthony Eugene Savoy**   X
**Anthony Eugene Savoy**   Signature of Debtor 2
Signature of Debtor 1

Date **January 4, 2026**   Date

B 104 (Official Form 104)   For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   Page 7

Case 26-10005-CMA    Doc 1    Filed 01/04/26    Ent. 01/04/26 21:29:16    Pg. 14 of 20

ABSOLTUE PEST CONTROL
575 SE MIDWAY BLVD
OAK HARBOR, WA 98277


ALCOHOL AND TOBACCO TAX AND
TRADE BUREAU NATIONAL REV CENT
550 MAIN STREET, SUITE 8970
CINCINNATI, OH 45202-3222


AMEX
CORRESPONDENCEBANKRUPTCY
PO BOX 981535
EL PASO, TX 79998


ATTORNEY GENERAL FOR WA STATE
BANKRUPTCY & COLLECTIONS UNIT
800 FIFTH AVE, 20TH FLOOR
SEATTLE, WA 98104


BANK OF AMERICA
ATTN: BANKRUPTCY
P.O.BOX 15019
WILMINGTON, DE 19886


BECU
P.O.BOX 97050
SEATTLE, WA 98124-9750


BELLINGHAM BUSINESS MACHINES
205 N COMMERCIAL ST
BELLINGHAM, WA 98225


CASCADE NATURAL GAS
8113 WEST GRANDRIDGE BLVD
KENNEWICK, WA 99336


CENTRAL WELDING
13300 38TH AVE NE
MARYSVILLE, WA 98271


CHASE CARD SERVICES
ATTN: BANKRUPTCY
PO BOX 15299
WILMINGTON, DE 19850

CHRYSLER CAPITAL
PO BOX 961275
FORT WORTH, TX 76161


CITY OF OAK HARBOR
865 SE BARRINGTON DRIVE
OAK HARBOR, WA 98277


COSTCO CITI CARD
ATTN: BANKRUPTCY
PO BOX 6500
SIOUX FALLS, SD 57117


COUNTY MALT GROUP/BREWCRAFT US
PO BOX 51602
LOS ANGELES, CA 90051


DICKERSON DISTRIBUTORS
1313 MEADOR AVE
BELLINGHAM, WA 98229


DISCOVER PERSONAL LOANS
ATTN: BANKRUPTCY
PO BOX 30954
SALT LAKE CITY, UT 84130


DYLAN R. CARDOZA
SCHWEET LINDE & ROSENBLUM, PLL
5601 6TH AVE. S. #258
P.O. BOX 80646
SEATTLE, WA 98108


FORWARD FINANCIAL
53 STATE STREET 20TH FLOOR
BOSTON, MA 02109


GUILD MORTGAGE COMPANY
ATTN: BANKRUPTCY
P.O. BOX 85046
SAN DIEGO, CA 92186

```
HORIZON CREDIT UNION
ATTN: BANKRUPTCY DEPT
PO BOX 15128
SPOKANE VALLEY, WA 99215


IRS
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346


ISLAND COUNTY HEALTH DEPARTMEN
1 NE 7TH STREET
COUPEVILLE, WA 98239


ISLAND COUNTY TREASURER
PO BOX 699
COUPEVILLE, WA 98239


KAPITUS
2500 WILSON BLVD SUITE 350
ARLINGTON, VA 22201


LK/NAVYFEDCU
PO BOX 3700
MERRIFIELD, VA 22119


MIKE ANDERSON
GCF BACKFLOW SERVICES
576 SE PASEK ST
OAK HARBOR, WA 98277


MIKE WHITE


MUTUAL OF ENUMCLAW
1460 WELLS STREET
ENUMCLAW, WA 98022


NAVY FCU
ATTN: BANKRUPTCY
P.O.BOX 3000
MERRIFIELD, VA 22119
```

```
NAVY FCU
ATTN: BANKRUPTCY
PO BOX 3300
MERRIFIELD, VA 22119


NAVY FEDERAL CREDIT UNION
ATTN: BANKRUPTCY
P.O. BOX 3000
MERRIFIELD, VA 22119


NUCO2 LLC
2800 SE MARKET PLACE
STUART, FL 34997


OCWEN LOAN SERVICING, LLC
ATTN. BANKRUPTCY
1661 WORTHINGTON RD., SUITE 100
WEST PALM BEACH, FL 33409


PACIFIC SEAFOODS
PO BOX 830240
DALLAS, TX 75283-0240


PHH MORTGAGE
2000 MIDLANTIC DRIVE
SUITE 410-A
MOUNT LAUREL, NJ 08054


PUGET SOUND ENERGY
PO BOX 92169
BELLEVUE, WA 98009-8269


RESTAURANT REVITALIZATION FUND
SBA
2401 FOURTH AVE, SUITE 400
SEATTLE, WA 98121


RESTAURANT TECH., INC
12962 COLLECTIONS CENTER DR
CHICAGO, IL 60693


ROY FARMS
401 WALTERS RD
MOXEE, WA 98936
```

SBA
OFFICE OF GENERAL COUNSEL
312 NORTH SPRING STREET 5TH FL
LOS ANGELES, CA 90012


SBA
SEATTLE DISTRICT OFFICE
2401 FOURTH AVE, SUITE 450
SEATTLE, WA 98121


SBA
409 3RD ST., SW
WASHINGTON, DC 20416


SHIFT4 PAYMENTS, LLC
3501 CORPORATE PARKWAY
CENTER VALLEY, PA 18034


SKAGIT RIVER STEEL & RECYCLING
PO BOX 376
BURLINGTON, WA 98233


SKAGIT VALLEY MALTING
11966 WESTAR LANE
BURLINGTON, WA 98233


SPOTON TRANSACT, LLC
100 CALIFORNIA ST, FL 9
SAN FRANCISCO, CA 94111-4514


THREE MEN AND A MOWER
1215 SILVER LAKE RD
OAK HARBOR, WA 98277-9046


TRIPLE T VENTURES LLC


TTB
EXCISE TAX
PO BOX 790353
SAINT LOUIS, MO 63179-0353

```
UNITED STATES ATTORNEYS OFFICE
ATTN: BANKRUPTCY ASSISTANT
700 STEWART STREET, ROOM 5220
SEATTLE, WA 98101


US FOODS, INC TRADE PAYABLES
PO BOX 29283
PHOENIX, AZ 85038-9283


WA DEPARTMENT OF REVENUE
2101 4TH AVE, STE 1400
SEATTLE, WA 98121


WA DEPT OF L & I
BANKRUPTCY UNIT
P.O. BOX 44171
OLYMPIA, WA 98504


WA EMPLOYMENT SECURITY DEPT
P.O. BOX 9046
OLYMPIA, WA 98507-9046


WALTON BEVERAGE
1350 PACIFIC PLACE
FERNDALE, WA 98248


WESMAR COMPANY
5720 204TH ST SW
LYNNWOOD, WA 98036


WHIDBY REAL ESTATE
PO BOX 1139
OAK HARBOR, WA 98277


WSI ACCOUNTING
CARL ZAREMBA
2210 RIVERSIDE DRIVE
MOUNT VERNON, WA 98273
```